IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FERENC K. CSABAI, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action Case No. WDQ-11-316 |
| MARTEK BIOSCIENCES, et al. | * | |
| Defendants | * | |
| | *** | |

### ORDER

Plaintiffs pro se filed this complaint for securities fraud against Market Biosciences Corporation and individually named executives and directors on February 4, 2011. Plaintiffs have submitted the $350.00 civil filing fee, and bear responsibility for effecting service of process on Defendants. Pursuant to Fed. R. Civ. P. 4, Plaintiffs may effectuate service by presenting summons to the Clerk for signature and seal and then serving a copy of the summons and complaint on Defendants. Service of the summons and the complaint may be effected by any person who is not a party and who is at least 18 years of age.

Plaintiffs are reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and complaint must promptly notify this Court, through an affidavit, that they have served Defendants.[1] If Plaintiffs do not use a private process service, and instead use certified

---

[1] If there is no record in the court file that service was effected on Defendants, Plaintiffs risk dismissal of this action. Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effected service of process within 120 days of filing the pleading seeking the affirmative relief, the court may enter an order asking the party to show cause why the claims should not be dismissed. If the party fails to show cause within fourteen (14) days the entry of the order or such other time as may be set by the court, the claim shall be

mail, return receipt requested, to make service, they must file with the Court the United States Post Office acknowledgment as proof of service. Registered or certified mail must be sent "restricted delivery."

Accordingly, it is this 25th day of February 2011, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk SHALL TAKE ALL NECESSARY STEPS to prepare and issue summons and to return service copies of the summons and the complaint to Plaintiffs; and

2. The Clerk SHALL MAIL a copy of this Order to Plaintiffs.

_____
William D. Quarles, Jr.
United States District Judge

---

dismissed without prejudice. Plaintiffs may contact the State Department of Assessments and Taxation at (410) 767-1330 to obtain the name and service address for Defendants' resident agent(s) if appropriate. The Maryland office of taxation and assessments maintains a website for finding registered corporate agents at: http://www.dat.state.md.us/sdatweb/charter.html#other.