OAO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**SUMMONS IN A CIVIL CASE**

**Ferenc K. Csabai, John D. Miles,
Margaret Miles, David Smith,
Curtis J. Landsberger, Anna Dale,
Michael Scardigno**
   Pro Se  Plaintiffs

Complaint

WDQ 11 CV 0316

Plaintiff's Demand Trial By Jury

CASE

TO:  Martek Biosciences
      6480 Dobbin Road,
      Columbia, MD 21045

      Defendant

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

All communications may be directed to Pro Se
    Ferenc K. Csabai
    53 Elm Street
    Wharton, NJ 07885

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon

_____       3/1/11
CLERK                                                 DATE

_____
(By) DEPUTY CLERK

OAO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**SUMMONS IN A CIVIL CASE**

**Ferenc K. Csabai, John D. Miles,
Margaret Miles, David Smith,
Curtis J. Landsberger, Anna Dale,
Michael Scardigno**
  Pro Se   Plaintiffs

Complaint
Plaintiff's Demand Trial By Jury

CASE    **WDQ11CV0316**

TO:  **Henry Linsert, Jr**
Columbia Biosciences
6440 Dobbin Road, # D
Columbia, MD 21045

  Defendant

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

All communications may be directed to Pro Se
Ferenc K. Csabai
53 Elm Street
Wharton, NJ 07885

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                                  3/1/11
_____         _____
CLERK                                                              DATE

_____
(By) DEPUTY CLERK

OAO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**SUMMONS IN A CIVIL CASE**

**Ferenc K. Csabai, John D. Miles,
Margaret Miles, David Smith,
Curtis J. Landsberger, Anna Dale,
Michael Scardigno**
  Pro Se  Plaintiffs

Complaint

WDQ11CV0316

Plaintiff's Demand Trial By Jury

CASE

TO:  **Pete Buzy, CFO**
   Martek Biosciences
   6480 Dobbin Road,
   Columbia, MD 21045

   Defendant

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

All communications may be directed to Pro Se
**Ferenc K. Csabai
53 Elm Street
Wharton, NJ 07885**

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                                       7/1/11
_____                          _____
**CLERK**                                                                    **DATE**

_____
**(By) DEPUTY CLERK**

OAO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**SUMMONS IN A CIVIL CASE**

**Ferenc K. Csabai, John D. Miles,**
**Margaret Miles, David Smith,**
**Curtis J. Landsberger, Anna Dale,**
**Michael Scardigno**
  Pro Se  Plaintiffs

Complaint
Plaintiff's Demand Trial By Jury

CASE      WDQ11CV0316

TO:  **Steve Dubin, CEO**
     Martek Biosciences
     6480 Dobbin Road,
     Columbia, MD 21045

     Defendant

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
                 All communications may be directed to Pro Se
                         Ferenc K. Csabai
                         53 Elm Street
                         Wharton, NJ 07885
                 an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                              3/1/11
_____                               _____
CLERK                                                          DATE

_____
(By) DEPUTY CLERK

OAO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**SUMMONS IN A CIVIL CASE**

**Ferenc K. Csabai, John D. Miles,
Margaret Miles, David Smith,
Curtis J. Landsberger, Anna Dale,
Michael Scardigno**
    Plaintiffs

WDQ11CV0316

Complaint
Plaintiff's Demand Trial By Jury

CASE

TO: **Robert Flanagan, Martek's Chairman of the Board**
Clark Enterprises
7500 Old Georgetown Road, 15th Floor
Bethesda, MD 20814-6195

    Defendant

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    All communications may be directed to Pro Se
    Ferenc K. Csabai
    53 Elm Street
    Wharton, NJ 07885

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
_____
CLERK

_[signature]_
_____
(By) DEPUTY CLERK

3/1/11
_____
DATE

OAO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**SUMMONS IN A CIVIL CASE**

**Ferenc K. Csabai, John D. Miles,
Margaret Miles, David Smith,
Curtis J. Landsberger, Anna Dale,
Michael Scardigno**
    Plaintiffs

WDQ11CV0316

Complaint
Plaintiff's Demand Trial By Jury

CASE

TO:  **Attn: Hugh C. Welsh, President/Chief Counsel**
DSM North America
45 Waterview Boulevard
Parsippany, NJ 07054

    Defendant

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    All communications may be directed to Pro Se
    Ferenc K. Csabai
    53 Elm Street
    Wharton, NJ 07885

an answer to the complaint which is herewith served upon you, within  21  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
_____
CLERK

_[signature]_
(By) DEPUTY CLERK

3/1/11
_____
DATE