IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| FERENC K. CSABAI, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 11-cv-0316 WDQ |
| ) | |
| MARTEK BIOSCIENCES, *et al.* ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as counsel for Defendant DSM North America in this case.

                      /s/
Mark D. Gately (Bar No. 00134)
Hogan Lovells US LLP
100 International Drive
Suite 2000
Baltimore, MD 21202
Tel: 410-659-2700
Fax: 410-659-2701
mark.gately@hoganlovells.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2011, the foregoing Entry of Appearance was filed via the Court's electronic filing system, and served by first class mail, postage prepaid on:

Ferenc K. Csabai
53 Elm Street
Wharton, NJ 07885

John D. and Margaret Miles
279 Mt. Hope Ave.
Dover, NJ 07801

David Smith
389 Rt. 46 East
Budd Lake, NJ 07828

Curtis J. Landsberger
166 Hope Road
Blairstown, NJ 07825

Anna Dale
1644 Woods Lane
Denver, NC 28037

/s/
Mark D. Gately