

Hogan Lovells US LLP
Harbor East
100 International Drive
Suite 2000
Baltimore, MD 21202
T  +1 410 659 2700
F  +1 410 659 2701
www.hoganlovells.com

March 11, 2011


Felicia Cannon
Clerk,
United States District Court
  for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201


Re: Ferenc Csabai, *et al* v. Martek Biosciences, *et al.,* Civil No.: WDQ 11 CV 0316


Dear Ms. Cannon:

We have today, by electronic filing, entered our appearance or behalf of DSM North America, one of the defendants in this case.  We thought you should be aware that the present action and the allegations made in each of those cases are quite similar to, and closely related to, a number of other cases that were previously brought by each of the plaintiffs here.  Each of those cases was ultimately dismissed.  The earlier filed cases were assigned to the Hon. Catherine C. Blake. The cases to which I refer are:


Csabai v. Martek Biosciences Corp. et al., Civil No.: CCB 09 cv 02280 (Dismissal of Affirmed by United States Court of Appeals for Fourth Circuit)

Dale v.Martek Biosciences Corp. et al., Civil No CCB 09 cv 03124

Landsberger v. Martek Biosciences Corp. et al., Civil No.CCB 09 cv -03389

Miles et al. V. Martek Biosciences Corp et al., Civil No. CCB 09 cv 03043

Scardigno v.  Martek Biosciences Corp. at al, Civil No CCB 09 cv 02716

Smith v. Martek Biosciences Corp., et al., Civil No. CCB 09 cv 02623.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb

\\\BA - 061954/000110 - 294167 v1

Felicia Cannon                          - 2 -                          March 11, 2011

Should you have a question about any of the above, please let me know.

Respectfully submitted,

Mark D. Gately

Partner
mark.gately@hoganlovells.com
D 410 659 2742

cc:     Hon. William D. Quarles (via hand delivery)
        Hon. Catherine C. Blake (via hand delivery)
        All Plaintiffs (by US mail)